# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**
June 24, 2013

Lyle W. Cayce
Clerk

No. 12-20429
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

DANIEL JAIME VAZQUEZ MEDINA, also known as Daniel Jaime Vazquez,
also known as Daniel Vazquez Medina, also known as Daniel Vasquez,

Defendant-Appellant

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:11-CR-871-1

Before JONES, DENNIS, and HAYNES, Circuit Judges.

PER CURIAM:*

Daniel Jaime Vazquez Medina appeals the 45-month sentence imposed
following his conviction of being present unlawfully in the United States
following deportation. Medina contends that the district court erred by imposing
a 16-level enhancement pursuant to U.S.S.G. § 2L1.2(b)(1)(A)(ii) based on his
prior conviction for indecency with a child under § 21.11(a)(1) of the Texas Penal
Code.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not
be published and is not precedent except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

No. 12-20429

Medina's arguments are foreclosed by our decisions in *United States v. Cabecera Rodriguez*, 711 F.3d 541, 562-63 (5th Cir. 2013) (en banc), and *United States v. Quiroga-Hernandez*, 698 F.3d 227, 229 (5th Cir. 2012).

Accordingly, the judgment of the district court is AFFIRMED.